# Court of Appeals
# of the State of Georgia

ATLANTA,  September 14, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0183. CITY OF ATLANTA et al. v. GIRLS GALORE, INC.**

On February 16, 2022, the city of Atlanta and its mayor filed a notice of direct appeal from the superior court's January 18, 2022 order reversing and remanding the mayor's decision to fine Girls Galore, Inc. and to suspend its alcohol license. The notice of appeal was docketed with this Court on August 12, 2022, and assigned Case No. A23A0183. Our records show, however, that the city and mayor also filed an application for discretionary appeal, seeking to challenge the same January 18, 2022 order. We granted the application on April 22, 2022, and the city and mayor filed a notice of appeal relating to the granted application on April 29, 2022. We docketed that notice of appeal on June 10, 2022, as Case No. A22A1608.

Because Case No. A23A0183 is duplicative of Case No. A22A1608, we hereby **DISMISS** the appeal in Case No. A23A0183 as superfluous. Case No. A22A1608 remains pending for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/14/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*